MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorney for Defendant Martina Markota*

# UNITED STATES DISTRICT COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER SPEIDEL**, an individual; and **MAZIER GOLESTANEHZADEH**, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>**MARTINA MARKOTA**, aka Lady Alchemy aka @Lady Alcehmy33; and DOES 1 THROUGH 20, inclusive;<br><br>Defendants. | Case Number: 2:20-cv-4653<br><br>**DEFENDANT'S OPPOSOTION TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT (ECF #35)**<br><br>Judge:    Hon. Mark C. Scarsi<br>Date:    Monday, Jan. 25, 2021<br>Time:    9:00 AM<br>Courtroom:   7C |

On December 30, 2020, Plaintiffs filed a Motion for Default Judgment, Permanent Injunction, and Other Equitable Relief.  (ECF #35.)  Plaintiffs' Motion for Default Judgment indicated that it was set on January 25, 2021.  (*Id*.)  January 25, 2021, is twenty-six (26) days after December 30, 2020.

This Court's Local Rule 6-1 requires that all motions "shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing[.]" The Ninth Circuit has previously relied on this rule as a reason for vacating a district court's order.  *S.E.C. v. McCarthy*, 322 F.3d 650, 660 (9th Cir. 2003).  The court cited a failure to provide the minimum required notice as one of several local rules violations contributing to a reversal of the lower court order.  *Id*.

Plaintiffs' Motion for Default Judgment should be stricken for failure to comply with Local Rule 6-1.

Date: January 4, 2021                                    DHILLON LAW GROUP INC.


                                                         By:   /s/ Mark Meuser
                                                               Mark P. Meuser (SBN: 231335)

                                                               Attorney for Defendant Martina Markota



Def.'s Mot. to Set Aside Default Per FRCP 55(c)                              Case No. 2:20-cv-4653